```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TOMSETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-198 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CHRISTOPHER TOMSETT, ) | |
| ) | Date:  October 4, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for CHRISTOPHER TOMSETT, that the status conference hearing date of August 23, 2010 be vacated, and the matter be set for status conference on October 4, 2010 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to confer with the defendant and to review the discovery with him. The defendant is detained in Nevada City Jail, making consultation a three-house round trip effort not feasible more than once a week at most. The defense needs additional time to explore defenses, assess the need for a possible computer expert, and discuss

1  the case with the government.
2      Based upon the foregoing, the parties agree that the time under
3  the Speedy Trial Act should be excluded from the date of signing of
4  this order through and including October 4, 2010 pursuant to 18 U.S.C.
5  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
6  T4 based upon continuity of counsel and defense preparation.

DATED:   August 17, 2010.                 Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for Christopher Tomsett

DATED:   August 17, 2010.                 BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          CAROLYN DELANEY
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                **ORDER**

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered
that the August 23, 2010,  status conference hearing be continued to October
4, 2010 at 10:00 a.m.  Based on the representation of defense counsel and
good cause appearing therefrom, the Court hereby finds that the failure to
grant a continuance in this case would deny defense counsel reasonable time
necessary for effective preparation, taking into account the exercise of due
diligence.  The Court finds that the ends of justice to be served by granting

2

a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including October 4, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under The Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3