DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TOMSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-10-198 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CHRISTOPHER TOMSETT, ) | |
| ) | Date: December 13, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Carolyn Delaney, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for CHRISTOPHER TOMSETT, that the status conference hearing date of November 8, 2010 be vacated, and the matter be set for status conference on December 13, 2010 at 10:00 a.m.

The reason for this continuance is to allow the parties to complete certain guidelines research and to attempt a resolution of the case. The defendant's pretrial detention in Nevada City Jail prolongs the resolution of the case, as defense counsel must travel there and back every time a meeting with the defendant is necessary.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including December 13, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 4, 2010.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

                                              /s/ Caro Marks
                                              CARO MARKS
                                              Designated Counsel for Service
                                              Attorney for Christopher Tomsett

DATED: November 4, 2010.                    BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Caro Marks for
                                              CAROLYN DELANEY
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 8, 2010 status conference hearing be continued to December 13, 2010 at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including December 13, 2010  status conference shall be excluded from computation of time within

which the trial of this matter must be commenced under The Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE