1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7

8
              IN THE UNITED STATES DISTRICT COURT FOR THE
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,      ) NO. CR. S-10-198 FCD
12                                )
              Plaintiff,          )
13                                )
         v.                       )
14                                )          **ORDER**
                                  )
15  CHRISTOPHER TOMSETT,          )
                                  )
16            Defendant.          )
                                  )
17

18     **IT IS HEREBY ORDERED**:    That the status conference set for

19  December 13, 2010, is VACATED, and a new status conference date

20  of January 18, 2011, is scheduled. It is further ORDERED that the

21  time under the Speedy Trial Act between today's date and January

22  18, 2011, is excluded under Local Code T4, Title 18, United

23  States Code, Section 3161 (h)(7)(A), to give the defendant time

24  to adequately prepare and in the interests of justice.

25
   Dated: December 9, 2010
26

27  _____
                                FRANK C. DAMRELL, JR.
28                              UNITED STATES DISTRICT JUDGE

                                    1