DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTOPHER TOMSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-10-198 FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| | ) | Date: April 25, 2011 |
| CHRISTOPHER TOMSETT, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell Jr. |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for CHRISTOPHER TOMSETT, that the status conference hearing date of March 7, 2011 be vacated, and the matter be set for status conference on April 25, 2011 at 10:00 a.m.

    The reason for this continuance is that due to unforseen family circumstances, defense counsel is required to be out of town for at least one month. Defense counsel also needs additional time to meet with the defendant and to review the plea offer with him. Defense counsel believes that failure to grant the above-requested continuance would deny her the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 25, 2011 pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 3, 2011.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Caro Marks
                                         CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         CHRISTOPHER TOMSETT

DATED: March 3, 2011.                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/Carolyn Delaney
                                         CAROLYN DELANEY
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 7, 2011 status conference hearing be continued to April 25, 2011 at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of

justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 25, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under The Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 3, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE