```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Exec. Asst. U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00198-FCD |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| CHRISTOPHER TOMSETT, | ) | |
| Defendant. | ) | |

WHEREAS, on May 18, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Christopher Tomsett forfeiting to the United States the following property:

    a.  Sony VAIO desktop.

AND WHEREAS, beginning on May 20, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the

notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Christopher Tomsett.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4.  Within forty-five (45) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the Nikon N-2000 camera to defendant Christopher Tomsett through his attorney Caro Marks.

SO ORDERED this 18th day of August, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE